

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                                                                      |     |                           |
| ------------------------------------------------------------------------------------ | --- | ------------------------- |
|                                                                                      | §   |                           |
| IN THE MATTER OF THE ESTATE OF JOSEPH ABRAHAM, JR. A/K/A JOSEPH (SIB) ABRAHAM, JR.,   | §   | No. 08-18-00089-CV        |
|                                                                                      | §   | Appeal from the           |
| Appellant.                                                                           | §   | Probate Court No. 1       |
|                                                                                      | §   | of El Paso County, Texas  |
|                                                                                      | §   | (TC# 2014-CPR02054)       |
|                                                                                      | §   |                           |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 8, 2018.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joseph D. Vasquez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 8, 2018.

IT IS SO ORDERED this 25th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.